**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In Re: Attorney Discipline

THOMAS V. GIRARDI; GIRARDI &
KEESE; WALTER J. LACK; PAUL A.
TRAINA; SEAN A. TOPP; ENGSTROM,
LIPSCOMB & LACK,

No. 08-80090

ORDER

                    *Respondents.*

Filed June 10, 2008

---

**OPINION**

KOZINSKI, Chief Judge:

Professor Rory K. Little, University of California, Hastings College of the Law, 200 McAllister Street, San Francisco, California 94102, is appointed as Independent Prosecutor in this matter. The Clerk will provide a copy of the file in this matter to Professor Little, including matters filed under seal. Following a review of the record, Professor Little is authorized to take steps as outlined in the Court's order of June 9, 2008, which has been docketed in both case number 03-57038 and in this disciplinary docket, number 08-80090. All further disciplinary proceedings will be maintained on this docket.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.